SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 12-60273-cr

DEFENDANT Alfredo Carranza

JUDGE JAMES I COHN

Deputy Clerk VALERIE THOMPKINS

DATE 5-30-13

Court Reporter Kari Shiver

USPO Rebecca Hill

AUSA Julia Vaglienti

Deft's Counsel Ronald Chapman

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment   Years ____   Months 183   Counts I   Concurrently / Consecutively ____

Supervised Release 5 years as to Count I

Government's ore tenus Motion for 5K1.1 is hereby Granted

Probation ____ Years ____ Months ____ Counts ____

Comments Court advised defendant of his right to Appeal

Assessment $ 100⁰⁰/ft   Fine $ 0   Restitution $ 0

Government's ore tenus motion to dismiss remaining counts are hereby Granted

__ Deportation __ Home Detention __ Substance Abuse treatment __ Full time employment __ IRS cooperate
✓ Self Employment __ Mental Health Treatment ✓ Permissible search __ Financial Disclosure
__ No New Debt __ Community Service hours __ Child support __ Sex offender __ Anger control
__ Association prohibited __ Gambling treatment __ Computer conditions __ Travel conditions
__ Occupational restrictions __ Health care business restrictions __ Domestic violence __ Forfeiture

**CUSTODY**

✓ Remanded to the Custody of the U. S. Marshal Service   ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: ____